UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                               Bankr. Case No. 13-40103

James Curtis Duffie & Debra Denise Smith-duffie                   Chapter 13

     Debtor(s)

## REQUEST FOR NOTICE

     Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                       Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC
                       c/o BK Servicing, LLC
                       PO Box 131265
                       Roseville, MN  55113-0011


                       BK Servicing, LLC

               By   /s/ Ed Gezel_____

                       Ed Gezel, Agent
                       BK Servicing, LLC
                       PO Box 131265
                       Roseville, MN  55113-0011
                       651-366-6390
                       notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on January 23, 2013 :

Patrick L. Forte
Law Offices Of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA  94612-3610

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA  94566

By /s/ Ed Gezel, Agent
Ed Gezel

502101