```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-40103 WJL** |
| **JAMES CURTIS DUFFIE and DEBRA DENISE SMITH-DUFFIE,** | **Chapter 13** |
| Debtors. _____/ | **SUPPLEMENTAL DECLARATION OF DEBTOR IN SUPPORT OF ORDER MODIFYING PLAN** |

I, Debra Denise Smith-Duffie, declare:

1. I am one of the above named debtors.

2. I declare that I am no longer working as much overtime as I previously was and as a result my income has decreased. Furthermore, I will be retiring on May 1, 2014, at which point my income will decrease even further. In addition, our medical expenses have increased as my husband is getting older and now requires to be on dialysis.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 29, 2014, at Oakland, California

                                                            /s/ Debra Denise Smith-Duffie
                                                               Debra Denise Smith-Duffie

Declaration of Debtor in Support of                                                        Page 1 of 1
Order Modifying Plan