

```
1   PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
2   LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
3   Oakland, CA 94612
    Telephone: (510) 465-3328
4   Facsimile: (510) 763-8354

5   Attorneys for Debtors
```

The following constitutes the order of the court.
Signed June 4, 2015



_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 13-40103 WJL |
| **JAMES CURTIS DUFFIE and DEBRA DENISE SMITH-DUFFIE,** | Chapter 13 |
| Debtors. | ORDER APPROVING LOAN MODIFICATION |
| _____/ | |

The Court having considered the Debtors' Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Wells Fargo Home Mortgage on the real property located at 4833 Country Hills Drive, Antioch, CA 94531, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

Page 1 of 2

**COURT SERVICE LIST**

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306

Wells Fargo Bank, N.A.
PO Box 10317
Des Moines, IA 50306